*In re* PENNSYLVANIA COMPANY, Petitioner.   On petition for mandamus to the judges of the Circuit Court of the United States for the District of Connecticut, to take jurisdiction of the suit of Samuel A. Herman against the petitioner.   No. 6, Original. Argued December 8, 1890.   Decided December 22, 1890.   MR. JUS-

TICE BRADLEY delivered the opinion of the court. This case in all material respects is identical with the case of *Ex parte The Pennsylvania Company,* just decided, and the same conclusion is reached as in that case. The petition for mandamus is                    *Denied.*

*Mr. Daniel Davenport* and *Mr. William H. O'Hara* for the petitioner.

*Mr. Lewis E. Stanton* opposing.